UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINDY LYNN REVERE,

    Plaintiff,

v.                                                                           Case No. 09-11851
                                                                     Honorable Patrick J. Duggan

BANK OF NEW YORK as TRUSTEE
FOR S SCWABS INC., WILMINGTON
FINANCE a division of AIG FEDERAL
SAVINGS BANK, DEVON TITLE AGENCY,
COUNTRYWIDE HOME LOANS, and MERS,

    Defendants.
_____/

## JUDGMENT

Plaintiff initiated this *pro se* action against Defendants on May 14, 2009, challenging foreclosure and eviction proceedings related to real property located at 2640 Hummer Lake Road in Ortonville, Michigan. The parties subsequently filed dispositive motions. In an Opinion and Order issued on this date, the Court granted Defendants' motions and denied Plaintiff's motions.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

                                                          s/PATRICK J. DUGGAN
                                                          UNITED STATES DISTRICT JUDGE

Copies to:
Cindy Lynn Revere
2640 Hummer Lake Road
Ortonville, MI 48462

John E. Curley, Esq.
Gregory R. MacKay, Esq.
Kelly A. Myers, Esq.
Christopher G. Bovid, Esq.